### BALLARD *v.* PARKER.

Cobb, J. The answer of the justice of the peace does not set forth the evidence introduced on the trial of the case, nor verify that contained in the petition for certiorari ; and as none of the assignments of error can be properly considered and determined without a reference to the evidence, an affirmance of the judgment overruling the certiorari necessarily results.

　　　　　　*Judgment affirmed.　All the Justices concur.*

Argued January 14,— Decided March 29, 1904.

Certiorari. Before Judge Roan. Newton superior court. July 3, 1903.

*James F. Rogers*, for plaintiff in error.